550 new)

FILED

FEB 2 ? 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

(PR)

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Thurston          Anderson        P.
    (Last)                (First)        (Initial)

Prisoner Number    D-00671

Institutional Address  P.V.S.P., A-5,108, P.O.Box 8501,
Coalinga, CA 93210

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Anderson Purnell Thurston
(Enter the full name of plaintiff in this action.)

           vs.

Santa Rosa Police Dept., Chief of Santa

Rosa Police Dept. and four (4) police

officers of Santa Rosa Police Dept.(Whose

names unknown at this time).
(Enter the full name of the defendant(s) in this action)

CV 08  1115

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983**

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

    [**Note:** You must exhaust your administrative remedies before your claim can go

    forward. The court will dismiss any unexhausted claims.]

    A.    Place of present confinement <u>Plesant Valley State Prison</u>

    B.    Is there a grievance procedure in this institution?

           YES ( )    NO ( )    <u>N/A</u>

    C.    Did you present the facts in your complaint for review through the grievance

    procedure?

           YES ( )    NO ( )    <u>N/A</u>

    D.    If your answer is YES, list the appeal number and the date and result of the

    appeal at each level of review. If you did not pursue a certain level of appeal,

    explain why. This action is not against this institution or
                correctional officials.

COMPLAINT               - 1 -

1                    1. Informal appeal ___ _N/A-I filed,"Application for leave to

2                    present a late claim" and "A claim for personal injuries"

3                    with Sonoma County.    DENIED / REJECTED

4                    2. First formal level N/A- I filed a "Petition for relief from

5                    claims proceedure with exhibits, and request for hearing", with

6                    California Superior Court of Sonoma County.  NO RESPONSE

7                    3. Second formal level  N/A

8

9

10                  4. Third formal level    N/A

11

12

13        E.     Is the last level to which you appealed the highest level of appeal available to

14             you?  N/A

15                  YES (X )    NO ( ) To the best of my knowledge.

16        F.     If you did not present your claim for review through the grievance procedure,

17    explain why.___ N/A

18

19

20  II.     Parties.

21        A.     Write your name and your present address. Do the same for additional plaintiffs,

22             if any.

23    Anderson P.Thurston & Akiyah Marie Thurston (a minor child)- Pleasant

24    Valley State Prison, A5-108, P.O.Box 8501, Coalinga, CA. 93210.

25

26        B.     Write the full name of each defendant, his or her official position, and his or her

27             place of employment.

28    Santa Rosa Police Department, the chief thereof, and 4 police officers

COMPLAINT              - 2 -

1  employed by Santa Rosa Police Department, who shot and killed my son

2  Haki Thurston on Feb. 23,2007, in Santa Rosa, Ca., whose names remain

3  unknown to me and the addressess, at this time.

4

5  III.    Statement of Claim.

6      State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph. On Feb.23,2007, in Santa Rosa California, four (4)

10  police officers in the employ of Santa Rosa Police department discharged

11  their weapons 19 times at my son, Haki Thurston,(while he was running away

12  unarmed), hitting him 13 times in the back causing his death. The names of

13  these 4 officers are unknown to me. They knew and could clearly see that he

14  was unarmed, yet they gunned him down in cold blood with deliberate disre-

15  gard for his U.S.Constitutional right to life, liberty and the persuit of

16  happiness, and punishing him in violation of the U.S.Const. proscription

17  against cruel and unusual punishment; That the Santa Rosa Police Chief and

18  employees under his command slandered and defamed my son Haki Thurston, by

19  releasing and allowing to be released to the public (via the media) state-

20  ments that they knew to be lies, about Haki wanting to die through "suicide

21  by-cop", attributing these statements to members of Haki's family (unnamed
   in the reports) that were never made public, in an attempt to mitigate their

22  actions. The murder of my son by these officers caused myself and family
   immeasurable grief, misery, sorrow, mental, emotional and psychological

23  IV.    Relief.          stress, and deprived me of a son, and his daughter Akiyah of a father.

24      Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  To award damages in the amount of: Punitive damages, $5,000,000(five

27  million dollars); Compensatory damages, $5,000,000(five million dollars);

28  Nominal damages, $5,000,000(five million dollars), any other and further

1   relief deemed just and appropriate according to law by this court in the

2   ends of justice.

3

4

5       I declare under penalty of perjury that the foregoing is true and correct.

6

7       Signed this 30TH day of JANUARY , 20 0 8

8

9

10                             (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                 - 4 -

1

2

3  Anderson Thurston D-00671

4  A5-108  PVSP

5  P.O. Box 8501

6  Coalinga, CA. 93210

7  Pro-Se

8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11  ANDERSON PURNELL THURSTON,

12          Plaintiff,                      Case No._____
                                          PLAINTIFF'S  AFFIDAVIT
13          v.                            IN SUPPORT OF HIS CIVIL
                                          ACTION 42 USC §1983
14  SANTA ROSA POLICE DEPARTMENT, et. al.

15          Defendants,          /

16      I, Anderson Thurston, declare and state under penalty of perjury as

17  follows;

18      1)  I am the Plaintiff in the attached action.

19      2)  The decedent, Haki Thurston was my son.

20      3)  On Febuary 03, 2007, my son Haki Thurston was murdered by the

21  Santa Rosa Police Department, by excessive and unnecessary use of force,

22  by way of gunshots which caused said wrongful death.

23      4)  Haki Thrston was shot by the Santa Rosa Police Department (13)

24  thirteen times by the Santa Rosa Police Department after being shot at by

25  the Defendants approximately (19) nineteen times .

26      5)  The decedent, Haki Thurston was unarmed and running away from

27  the defendants when he was murdered by the Santa Rosa Police Department.

28  //

PLAINTIFF'S AFFIDAVIT            1

6)    The Santa Rosa Police Department released defamatory, false, misleading and spurious information to the public, wrong- fully implicating Haki Thurston as being responsible for his own murder, with the deliberate intention of exculpating themselves of responsibility for Haki Thurston's wrongful death.

7)    Said false and defamatory information about Haki Thurston was released to the media for the general public, as a deliberate and direct consequence and causation of/by the Santa Rosa Police Department.

Date: _2/5/08_

Affiant: _____

ANDERSON P. THURSTON

PLAINTIFF's AFFIDAVIT

2

Anderson P.Thurston, #D-00671
P.V.S.P., A5-108
P.O.Box 8501
Coalinga, CA. 93210

*E-filing*

Office of the Clerk, U.S.District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

*CRB*

Re: Filing § 1983 Complaint

CV 08    1115

2/05/08

*(PR)*

Dear Clerk,

    Enclosed please find the original and 2 copies of my §§ 1983 complaint, along with in forma pauperis application, etc...My complaint is filed on the forms provided by your good offices several weeks ago.

    Could you please file my complaint, acknowledge receipt thereof, and inform me of any and all 411 related to it?

    Thank you in advance for your assistance.

                              Most respectfully,

                                          Anderson P. Thurston

A.P. Thomas
P.U.S.P.    A5-108L
P.O. Box 8501
Coalinga, CA. 93210

RECEIVED

FEB 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
Northern District of Calif.
450 Golden Gate Ave.
San Francisco, CA. 94102

LEGAL MAIL
CONFIDENTIAL