

FILED
FEB 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDERSON P. THURSTON AND
AKIYAH MARIE THURSTON
(A MINOR CHILD)
                    Plaintiff,

         vs.

SANTA ROSA POLICE DEPARTMENT
AND 4 officers (names unkn)
                    Defendant.

CASE NO. CV 08 1115 CRB (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, ANDERSON P. Thurston, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes  X   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: NON PAYING C.D.C.R JOB AS PORTER.

Gross: ____Ø____    Net: ___Ø___

Employer: PLEASANT VALLEY STATE PRISON, CALIFORNIA Department of Corrections and Rehabilitation

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____N/A_____∅_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                Yes ___  No  X
10           self employment
11      b.   Income from stocks, bonds,             Yes ___  No  X
12           or royalties?
13      c.   Rent payments?                         Yes ___  No  X
14      d.   Pensions, annuities, or                Yes ___  No  X
15           life insurance payments?
16      e.   Federal or State welfare payments,     Yes ___  No  X
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.    Are you married?                          Yes ___  No  X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____N/A_____ Net $_____N/A_____
28  4.    a.   List amount you contribute to your spouse's support:$ ____N/A____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____ Ø   N/A _____
6   _____

7   5.   Do you own or are you buying a home?   Yes ____ No ✗
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ____ No ✗
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No ____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account?   Yes ____ No ✗ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____ Ø
17  Do you own any cash? Yes ■ No ✗ Amount: $ ~~scribbled~~
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ____ No ✗
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ ___N/A___   Utilities: ___N/A___
23  Food: $ ___N/A___   Clothing: ___N/A___
24  Charge Accounts:
25  Name of Account          Monthly Payment         Total Owed on This Acct.
26  _____               $ _____            $ _____
27  _____               $ _____            $ _____
28  _____               $ _____            $ _____

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/05/08

DATE                         SIGNATURE OF APPLICANT

```
 1
 2                                          Case Number: _____
 3
 4
 5
 6
 7
 8                           CERTIFICATE OF FUNDS
 9                                   IN
10                           PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
                                             D06671
13   statement showing transactions of Anderson Thurston_____ for the last six months
                                              [prisoner name]
14   Pleasant Valley State Prison_____ where (s)he is confined.
          [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ 38.70____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ 44.43____.
18
19   Dated 1-15-08                          _____
                                                 [Authorized officer of the institution]
20
```

- 5 -

```
:PORT ID: TS3030  .701                              REPORT DATE: 01/15/08
                                                    PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        PLEASANT VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: AUG. 15, 2007 THRU JAN. 15, 2008

:COUNT NUMBER : D00671              BED/CELL NUMBER: AFB5T1000000108L
:COUNT NAME   : THURSTON, ANDERSON      ACCOUNT TYPE: I
:IVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY
        TRAN
ITE    CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----   ----  -----------    --------   ---------  --------   -----------   -------

3/15/2007    BEGINNING BALANCE                                             145.00

3/15  FC01  DRAW-FAC 1     0743 FAC A                         100.00        45.00
3/22  W536  COPAY CHARGE   0845COPAY                            5.00        40.00
3/28  D320  TRUST FUNDS T  0912CALIPA            12.21                      52.21
9/12  W536  COPAY CHARGE   1108COPAY                            5.00        47.21
9/19  FC01  DRAW-FAC 1     1207 FAC A                          47.21         0.00
9/26  D300  CASH DEPOSIT   1293 MR               50.00                      50.00
)/04  D300  CASH DEPOSIT   1433 MR               50.00                     100.00
)/18  FC01  DRAW-FAC 1     1620 FAC A                         100.00         0.00
1/01  D300  CASH DEPOSIT   1788 MR               20.00                      20.00
1/15  W469  DONATION-AA G  2047BURRIT                           9.00        11.00
2/18  W536  COPAY CHARGE   2504COPAY                            5.00         6.00
2/19  FC01  DRAW-FAC 1     2549 FAC A                           6.00         0.00
2/26  D300  CASH DEPOSIT   2613 MR               50.00                      50.00
2/27  D300  CASH DEPOSIT   2643 MR               50.00                     100.00

                            TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL       TOTAL        CURRENT     HOLDS      TRANSACTIONS
 BALANCE     DEPOSITS   WITHDRAWALS     BALANCE    BALANCE     TO BE POSTED
---------    --------   -----------     -------    -------     ------------
  145.00      232.21       277.21       100.00       0.00          0.00

                                            CURRENT
                                           AVAILABLE
                                            BALANCE
                                           ---------
                                            100.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE   1-15-08