A.P. Thurston, D-00671
P.V.S.P. A5-108L
P.O. Box 8501
Coalinga, CA. 93210

FILED
~~RECEIVED~~
08 JUN -2 PM 2:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk, U.S. Dist. Court
N. Dist. of CA.
450 Golden Gate Ave.
S.F. CA. 94102

RE: Request for Docket Listing
    Case No. CV-08-1115-CRB (CPR)

5/28/08

Dear Clerk, I am writing to request a docket listing/update on the status of the above numbered case filed on Feb. 25th, 2008. Thank you in advance for your assistance,
Respectfully,

A.P. Thurston

A.P. THURSTON, D-00671
P.V.S.P. A5-108L
P.O. BOX 8501
COALINGA, CA. 93210

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

CONFIDENTIAL



BAKERSFIELD CA 935
MOJAVE CA
29 MAY 2008 PM 1 T

OFFICE OF THE CLERK, U.S. DIST COURT
NORTHERN DIST. OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

94102+3661