FILED
08 SEP 16 PM 2:4

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name THURSTON, ANDERSON P.
　　　(Last)　　　(First)　　　(Initial)
Prisoner Number D-00671
Institutional Address PLEASANT VALLEY STATE PRISON
P.O. BOX 8504 - D4-117
COALINGA, CA 93210

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDERSON PURNELL THURSTON
(Enter the full name of plaintiff in this action.)

vs.

SANTA ROSA POLICE DEPT. ET AL
SGT. RICHARD CELLI
SGT. STEPHEN SCHWARTZ
OFFICER JOHN BARR
OFFICER BRIAN BOETTGER
(Enter the full name of the defendant(s) in this action))

Case No. C-08-1115-CRB (PR)
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983
FIRST AMENDED COMPLAINT

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.　Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.　Place of present confinement PLEASANT VALLEY STATE PRISON

B.　Is there a grievance procedure in this institution?　N/A
　　YES (X)　　NO ( )

C.　Did you present the facts in your complaint for review through the grievance procedure?　N/A
　　YES ( )　　NO (X)

D.　If your answer is YES, list the appeal number and the date and result of the

COMPLAINT　　　- 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  N/A

2. First formal level  N/A

3. Second formal level  N/A

4. Third formal level  N/A

E. Is the last level to which you appealed the highest level of appeal available to you?  N/A
   YES ( )   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. THIS ACTION UNRELATED TO PRISON DISCIPLINARY ACTION OR GRIEVANCE PROCEDURE.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any. : ANDERSON P. THURSTON, D-00671
P.V.S.P. 04-117, P.O. BOX 8504
COALINGA, CA. 93210

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                -2-

1  place of employment.
2  STEPHEN SCHWARTZ, SERGEANT, SANTA ROSA POLICE DEPT.
3  RICHARD CELLI, SERGEANT, SANTA ROSA POLICE DEPT.
4  JOHN BARR, OFFICER, SANTA ROSA POLICE DEPT
5  BRIAN BOETTGER, OFFICER, SANTA ROSA POLICE DEPT
6  _____III.
7  Statement of Claim
8      State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.: ON FEB. 23RD, 2007, THE ABOVE NAMED FOUR
12 (4) DEFENDANTS, WHILE ON DUTY IN THEIR OFFICIAL CAPACITIES
   AS EMPLOYEES OF THE SANTA ROSA POLICE DEPARTMENT, AND WHILE
13 ATTEMPTING TO SERVE AN ARREST WARRANT ON MY SON HAKI
   THURSTON, DID EACH SHOOT HIM IN HIS BACK MULTIPLE TIMES
14 (27 TOTAL) WITH AUTOMATIC WEAPONS KILLING HIM AND
   DEPRIVING MYSELF AND FAMILY OF DUE PROCESS IN THE/HIS
15 COMPANIONSHIP AND SOCIETY OF HAKI. THE ACTIONS OF EACH OF
   THE DEFENDANTS WERE UNJUSTIFIED, UNNECESSARY AND
16 UNLAWFUL, IN THAT HAKI WAS NOT ONLY UNARMED BUT RUNNING
   AWAY TRYING TO ESCAPE ANY CONTACT WITH THE POLICE, AND
17 WAS SHOT IN THE BACK. THE DEFENDANTS ALL KNEW THIS
   AND POSSESSED THE TOOL AND EQUIPMENT TO ENABLE THEM TO CLEARLY
18 SEE THAT MY SON WAS UNARMED. DEFENDANTS HAD ALL PREVIOUSLY
   UNDERGONE SUFFICIENT TRAINING AND HAD EXPERIENCE TO
19 PREVENT THE IMPULSIVE, UNNECESSARY AND UNLAWFUL TAKING OF
   LIFE, IN THE COURSE OF THEIR DUTIES AS PEACE OFFICERS. EACH
20 DEFENDANT DISCHARGED HIS WEAPON AN AVERAGE OF 7 TIMES
   WITHOUT RESTRAINT, EVEN AFTER IT WAS CLEAR THAT MY SON WAS
21 UNARMED AND HELPLESS WHICH WAS CLEAR FROM VISUAL
   OBSERVATION, THERE WAS INSUFFICIENT PHYSICAL DATA/EVIDENCE
22 IN MY SONS BEHAVIOR TO WARRANT THIS TYPE OF OVER KILL. ALL
   OBSERVABLE EVIDENCE INDICATED THAT HE WAS TRYING TO AVOID
23 CONTACT WITH POLICE AND NOT TO ENGAGE, CONTACT OR HARM THEM.
   THESE DEFENDANTS KNEW OR REASONABLY SHOULD HAVE KNOWN THAT
24 THEY WERE IN NO DANGER!
25 IV.  Relief
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 PUNITIVE DAMAGES, 1 MILLION DOLLARS FROM
   EACH DEFENDANT
   COMPLAINT                    - 3 -

1 | COMPENSATORY DAMAGES; 1 MILLION DOLLARS,
 2 | FROM EACH DEFENDANT;
 3 | NOMINAL AND OTHER DAMAGES; 1 MILLION
 4 | DOLLARS, ANY OTHER RELIEF DEEMED
 5 | NECESSARY OR APPROPRIATE IN THE INTERESTS
 6 | OF JUSTICE
 7 | I declare under penalty of perjury that the foregoing is true and correct.
 9 | Signed this 11TH day of SEPTEMBER, 20 08

_____
(Plaintiff's signature)

COMPLAINT           - 4 -

A P Thurston, D-00671
P.v.S.P. D4-117L
P.O. Box 8504
Coalinga, CA. 93210

Legal Mail
Confidential

BAKERSFIELD CA 933
MOJAVE CA
10 SEP 2018 PM 4 L

Clerk of the United States District Court
For the Northern District of California
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, CA. 94102

