**EXHIBIT 1**



**EXHIBIT 2**



**EXHIBIT 3**



**EXHIBIT 4**



**EXHIBIT 5**



**EXHIBIT 6**



**EXHIBIT 7**



# Forensic Medical Group, Inc.

www.fmg-inc.com

1860 Pennsylvania Ave. Ste 150
Fairfield, California 94533

Brian L. Peterson M.D.
Mark A. Super M.D.
Arnold R. Josselson, M.D.

Ikechi O. Ogan, M.D.
Gregory D. Reiber, M.D.
Kelly A. Arthur, M.D.

☒ AUTOPSY

NAME: THURSTON, HAKI

POSTMORTEM DATE: 02-26-2007

PLACE OF DEATH: Santa Rosa Memorial Hospital

☐ EXTERNAL EXAMINATION

CASE NO. 07-0272
(SON07-065)

TIME: 0845

DATE: 02-23-2007
TIME: 2247

| AGE: 22 | SEX: Male | RACE: African American |
|---|---|---|

AUTOPSY FINDINGS:

1. Multiple gunshot wounds:
   A. Three gunshot wounds of right lateral chest:
      i. One graze wound into dermis.
      ii. Two penetrating gunshot wounds with:
         a. Damage of right ribs 7 and 8, right lung, right hemidiaphragm and liver.
         b. Right hemopneumothorax admixed with pulpified liver.
         c. Fragments of lead and jacket recovered from pulpified tissue.
         d. Directionality of right to left and upward.
         e. Indeterminate range of fire.
   B. One penetrating gunshot wound of left axilla/upper arm with:
      i. Damage of left proximal humerus, left clavicle and associated soft tissues.
      ii. Projectile recovered from left clavicle.
      iii. Directionality of upward and left to right.
      iv. Indeterminate range of fire.
   C. Seven gunshot wounds of posterior torso:
      i. One perforating and two penetrating gunshot wounds with:
         a. Damage of left rib 8, right rib 5, vertebra T3, both lungs and heart.
         b. Left hemopneumothorax and residual hemopericardium.
         c. Fragments of lead and jacket recovered from wound tracts.
         d. General directionality of back to front, right to left and upward.
         e. Indeterminate range of fire.
      ii. Four superficial gunshot defects:
         a. Without penetration through body wall.
         b. With projectile fragments recovered from wounds.
         c. Consistent with injuries from fragmented bullets.
   D. One perforating gunshot wound of left distal thigh with:
      i. Fractured femur.
      ii. Directionality of back to front.
      iii. Indeterminate range of fire.
2. Abrasion and contusions, right thigh.
3. Proximal aspiration of gastric contents.
4. History that the deceased was shot by law enforcement officers.

RECEIVED

MAY 1 0 2007

Fax: (707) 426-1690

NAME:  THURSTON, HAN      CASE NO.  07-0272 (SON07-065)          2

CAUSE OF DEATH: Multiple Gunshot Wounds (minutes).

*Kelly A. Arthur*

KELLY A. ARTHUR, M.D.
Forensic Pathologist

KAA/wg
D: 02-26-2007
T: 03-02-2007
F: 5/10/07

NAME: THURSTON, HAKI        CASE NO. 07-0272 (SON07-065)        3

The autopsy is conducted at the Sonoma County Sheriff-Coroner's Morgue Facility in Santa Rosa, CA, beginning at 0845 hours on February 26, 2007. Witnesses include A. Vernon, M. Holton, P. Quartarolo, D. Pedersen and G. Freitas (Sonoma County Sheriff's Department), B. Brockley and D. Boffi (Sonoma County District Attorney's Office), A. Johnson (Santa Rosa Police Department), C. Norick and E. Mercado (Forensic Assistants), and L. Moratto (Intern).

## EXTERNAL EXAMINATION:

The body is received in a black zipped body bag with an identification strip of tape affixed to the front. Blue plastic lock #015835 connects the zippers of the bag. The body is additionally contained within a white zipped body pouch with a hospital sticker affixed. Postmortem x-rays of the entire body are taken and reviewed prior to examination. A facial photograph is taken. Fingerprints are taken after the autopsy. By report, GSR samples are obtained from the hands prior to examination.

When first viewed, the body is nude. The body bag contains approximately 500 ml of liquid blood. There are no personal effects or jewelry.

The body is that of a normally developed, fairly-nourished and muscular Black male whose appearance is compatible with the recorded age of 22 years. His body, nude, weighs 137 pounds (61.6 kg) and measures 71 inches (180.3 cm) in length. The body is cold subsequent to refrigeration, rigor mortis is fully developed, and lividity is reduced in amount on the back of the body where it is red-purple and partially fixed. Preservation is good in the absence of embalming.

The scalp hair has a full distribution; it is tightly curly, dark brown and maximally 1 ¼ inches in straightened length. A well-groomed thin moustache and goatee beard are present. The irides are brown and the corneas are slightly cloudy. The conjunctival surfaces are pale and without petechiae. The earlobes are each pierced once. The nose and lips are unremarkable. The teeth are natural and in very good condition. No cutaneous injuries or bony crepitance are on the face or head. The neck is normally developed and symmetrical. The chest is normally developed and symmetrical. The torso has multiple gunshot wounds, to be described. The abdomen is scaphoid and muscular. The waist has a 26 ½ inch circumference at the umbilicus. The external genitalia are that of a normal adult male. The anus and perineum are unremarkable. The back and buttocks are symmetrical with accentuation of lumbar lordosis. The extremities are normally developed and muscular. The fingernails are well-groomed. The left thigh has deformity related to a gunshot wound, to be described. The right great toenail is dystrophic and malformed. The toenails are otherwise fairly groomed. Body and extremity hair is average in amount for an adult male.

## IDENTIFYING MARKS AND SCARS:

Three monochromatic tattoos are on the body: "jamilia" on the right upper chest; "akiyah" on the right ventral forearm, and "only the strong survive" on the left ventral forearm.

The left anterior shoulder and upper arm have two oval hyperpigmented contracted scars, each approximately ½ inch. A few irregular hypopigmented scars are on the right knee. No distinct surgical scars are on the body.

## EVIDENCE OF THERAPY:

An endotracheal tube emerges from the mouth, secured around the neck with a Velcro collar; the tube terminates in the proximal trachea. A hard cervical collar is around the neck. EKG pads are on the body. An intravascular catheter is in the left antecubital fossa. A yellow hospital band with trauma designation is on the right ankle.

NAME: THURSTON, HAKI          CASE NO.  07-0272 (SON07-065)                    4

EVIDENCE OF INJURY:

MULTIPLE GUNSHOT WOUNDS:  The following gunshot wounds are described and numbered as encountered during examination, without respect to severity of injury or potential chronology of wounding.  A total of fourteen distinct gunshot defects are identified including one superficial graze wound, seven entrance wounds, two exit wounds and four superficial wounds consistent with fragmented projectile injuries.  No soot or stippling is on the skin in association with any of the wounds.

GUNSHOT WOUNDS OF RIGHT LATERAL CHEST:

GSW #1:  A 3/8 x 3/16 inch horizontal superficial graze wound into dermis is on the right upper lateral chest wall, 16 inches below the top of the head and roughly in the mid axillary line.  The anterior wound margin is abraded.  No features of the wound suggest certain directionality.  Two inches anterior and superior to the wound is a 1/8 inch tan-red abrasion.

GSWs #2 AND #3:

Entrances:  GSW #2 is a 7/16 inch round gunshot wound entrance located 20 inches below the top of the head roughly in the posterior axillary line.  The wound has a thin rim of circumferential marginal abrasion.  Gray material is in the wound margins from the 6 to 9 o'clock positions.  Adjacent to the posterior margin of the wound are two vertical oblique linear abrasions, ½ inch and ¼ inch.  GSW #3 is a 1/8 inch round gunshot wound of entrance located 21 ½ inches below the top of the head roughly in the mid axillary line.  The wound has circumferential marginal abrasion widest to 1/8 inch from the 5 to 10 o'clock positions.

Injuries:  The projectiles perforate the right lateral chest wall with gaping fractures of ribs 7 and 8, and injure the right lung, right hemidiaphragm and right lobe of liver.  The right lung and superior right lobe of liver have pulpification.  The wounds contribute to a right hemopneumothorax of a residual 200 ml of liquid blood admixed with pulpified liver tissue.

Recovery:  Postmortem x-rays show extensive fragmentation of projectiles; numerous small fragments of jacket and lead are recovered from the right lung and liver.

Path: The direction of the gunshot wounds is right to left and upward.

Range:  The range of fire is indeterminate based on autopsy findings.

GUNSHOT WOUND OF LEFT AXILLA/UPPER ARM (GSW #4):

Entrance:  At the junction of the left axilla and medial upper arm, 16 inches below the top of the head, is a 1/8 inch round gunshot wound of entrance.  The wound has circumferential marginal abrasion widest to 3/8 inch inferiorly.

Injuries:  The left shoulder is penetrated by the bullet through the proximal humerus and clavicle with extensive soft tissue hemorrhage and damage.

Recovery:  Postmortem x-rays show extensive fragmentation of projectile.  A deformed fragment of lead is embedded in and recovered from the left distal clavicle.

Path:  The direction of the gunshot wound is upward and left to right.

NAME: THURSTON, HARI        CASE NO. 07-0272 (SON07-065)                                5

Range: The range of fire is indeterminate based on autopsy findings.

## GUNSHOT WOUNDS OF POSTERIOR TORSO:

### GSW #5 (RIGHT UPPER BACK):

Entrance: The right upper back has a 1/8 inch round gunshot wound of entrance with circumferential marginal abrasion widest to 1/8 inch from the 3 to 6 o'clock positions, located 4 ½ inches to the right of posterior midline and 15 ½ inches below the top of the head.

Injuries: The bullet perforates the posterior right chest wall through rib five, right lung and right side of vertebral body T3. The wound tract through the right lung is pulpified. The wound contributes to the right hemopneumothorax previously described.

Recovery: Postmortem x-rays show extensive fragmentation of projectile in the area of the right upper lung. A deformed lead fragment and several small fragments of jacket are recovered from the right side of vertebral body T3.

Path: The direction of the bullet is back to front, right to left and upward.

Range: The range of fire is indeterminate based on autopsy findings.

### GSW #6 (LEFT MID BACK):

Entrance: The left mid back has a ¼ inch round gunshot wound of entrance located 2 ¾ inches to the left of posterior midline and 18 inches below the top of the head. The wound has circumferential marginal abrasion to ¼ inch at the 4 o'clock position. Two punctate injuries consistent with secondary missile or fragmented projectile wounds are in line with the 10 o'clock margin of the wound; one is ¼ inch from the margin and the other is 1 inch from the margin.

Injuries: The bullet perforates the posterior left chest wall through rib eight and the left lung. The wound contributes to a left hemopneumothorax with approximately 30 ml of liquid blood remaining in the pleural cavity.

Exit: The left lateral upper chest has a ¼ inch horizontal oblique slit-like exit wound located 17 ½ inches below the top of the head roughly in the posterior axillary line. The wound has a 2 inch pink contusion surrounding it.

Path: The direction of the bullet is right to left and back to front.

Range: The range of fire is indeterminate based on autopsy findings.

### GSW #7 (RIGHT MID BACK):

Entrance: The right mid back has a ¼ inch round gunshot wound of entrance with circumferential pink marginal abrasion collar, located 4 ¼ inches to the right of posterior midline and 20 ½ inches below the top of the head.

Injuries: The bullet perforates the posterior right chest wall between ribs 8 and 9, right lung, pericardium and heart, and anterior right medial chest wall between ribs 3 and 4 without exiting the body. The gunshot wound contributes to the right hemopneumothorax previously described and an 80 ml residual hemopericardium.

NAME: THURSTON, HAK...        CASE NO. 07-0272 (SON07-065)                    6

Recovery:  Several fragments of lead and jacket are recovered from the heart and pericardial cavity, including one fragment embedded in myocardium of the anterior right ventricle and another embedded in epimyocardium at the base of the heart in the path of the proximal left anterior descending coronary artery.

Path:  The direction of the bullet is back to front, upward and right to left.

Range:  The range of fire is indeterminate based on autopsy findings.

GSWs #8 THROUGH #11 (SUPERFICIAL GUNSHOT DEFECTS):  Four superficial gunshot wounds/defects are on the back, each containing small fragments of lead and/or jacket and none with perforation through the body wall.  The wounds are those of fragmented projectiles.  GSW #8 is a 3/8 inch irregular wound with wide irregular marginal abrasion to ¼ inch, located 5 inches to the right of posterior midline and 19 inches below the top of the head.  The wound has embedded fragments of jacket.  GSW #9 is a 3/8 inch irregularly shaped wound with a fragment of yellow-metal jacket entwined in dark fabric evident externally.  The wound has a 3/8 inch irregular abrasion from the 3 to 4 o'clock positions and is located ¾ inches to the left of posterior midline and 19½ inches below the top of the head.  GSW #10 is a 7/16 inch irregularly round wound with a 1/8 inch tear at the 8 o'clock position.  The wound has marginal abrasion to 1/8 inch and is located 1 ½ inches to the left of posterior midline and 22 ½ inches below the top of the head.  Metallic fragments are in the wound.  GSW #11 is a ¼ inch oval defect with marginal abrasion to ¼ inch from the 4 to 5 o'clock positions.  The wound is ¾ inches to the right of posterior midline and 24 ½ inches below the top of the head.  Two small deformed lead fragments are recovered from the wound.

GUNSHOT WOUND OF LEFT DISTAL THIGH (GSW #12):

Entrance:  The left posteromedial distal thigh has a 1/8 inch round gunshot wound of entrance with circumferential marginal abrasion located 2 ¾ inches above the posterior crease of the knee.

Injuries:  The bullet perforates the left thigh through the femur which is severely fractured.

Exit:  A ¼ inch irregularly round gunshot exit wound with discontinuous marginal abrasion is on the left anterior distal thigh 2 ½ inches above the mid patella.  Postmortem x-rays show extensive fragmentation of projectile in the left distal thigh.

Path:  The direction of the bullet is back to front.

Range:  The range of fire is indeterminate based on autopsy findings.

BLUNT FORCE INJURIES:  A ½ inch red-brown abrasion is on the right anterolateral distal thigh.  The right anterior thigh has a few light purple-pink contusions to ¾ inches.

These injuries, having once been described, will not be repeated.

INTERNAL EXAMINATION:

The body is examined using the standard Y-shaped thoraco-abdominal and posterior scalp incisions.

NAME:  THURSTON, HART        CASE NO.  07-0272 (SON07-065)

**BODY CAVITIES:**

See previous description. The thoracic and abdominal organs are in their normal anatomic positions. The pleural, pericardial, and peritoneal cavities have no adhesions. No free fluid collection is in the peritoneal cavity. Subcutaneous fat of the anterior abdominal wall measures approximately 3/8 inch.

**HEAD:**

The scalp, subscalpular area, and skull are unremarkable. The dura and dural sinuses are unremarkable. There are no epidural, subdural, or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical with an unremarkable gyral pattern. The cranial nerves are unremarkable. The blood vessels at the base of the brain show no significant atherosclerosis. The brain weighs 1440 grams. Sections through the cerebral hemispheres, cerebellum, and brainstem reveal normal internal architecture. There are no hemorrhages in the deep white matter or the basal ganglia. The cerebral ventricles contain no blood.

**NECK:**

The soft tissues, strap muscles, and prevertebral fascia are unremarkable. The hyoid bone and larynx are intact. The cervical vertebral column is unremarkable.

**CARDIOVASCULAR SYSTEM:**

See previous description. The intimal surface of the thoracic and abdominal aorta is smooth and free of atherosclerosis. The aorta and its major branches and the great veins are normally distributed. The pericardium and epicardium show no evidence of natural disease. The heart weighs 280 grams and has normal external architecture. The coronary arterial system has the usual origins and distributions and is without significant atherosclerosis or thrombosis. The endocardium is smooth. There are no thrombi in the cardiac chambers. The foramen ovale is closed. The atrial and ventricular septa are normally developed. The cardiac valves show no evidence of natural disease. The myocardium is dark red-brown and firm, and there are no focal scars.

**RESPIRATORY SYSTEM:**

See previous description. No obstructions are in the upper airway. The mucosa of the larynx and trachea is smooth and tan, without petechiae. A small amount of gastric contents are in the larynx and trachea. The lungs are normally lobated, and the pleural surfaces show no evidence of natural disease. The right lung weighs 330 grams and the left lung weighs 190 grams. The pulmonary arteries contain no emboli and show no significant fatty streaking. The mucosa of the major bronchi is tan and lumens have no unusual contents. Sectioning the lungs discloses a tan-pink parenchyma with numerous very small green-brown macules throughout. There are no masses or consolidations in the lungs. No significant edema fluid exudes on sectioning.

**HEPATOBILIARY SYSTEM:**

See previous description. The liver weighs approximately 1230 grams. The capsular surface shows no evidence of natural disease. The parenchyma is brown and has no masses. The porta hepatis is unremarkable. The gallbladder contains less than 3 ml of yellow thin bile and no calculi. The extrahepatic biliary ducts are unremarkable.

NAME: THURSTON, HAKI        CASE NO.  07-0272 (SON07-065)                    8

## DIGESTIVE SYSTEM:

The esophageal mucosa is gray-white and unremarkable.  Gastric contents are throughout the esophagus.  The stomach contains approximately 300 ml of brown and tan partially-masticated food including fragments of rice, pea and carrot.  There are no identifiable tablets, capsules, or pill fragments.  The gastric mucosa has normal rugal folds and there are no ulcers.  The small and large intestines are unremarkable externally, have a paucity of non-bloody contents, and show no evidence of natural disease.  The appendix is present and unremarkable.  The pancreas is unremarkable externally and on sectioning.

## GENITOURINARY SYSTEM:

The renal capsules strip with ease, revealing smooth cortical surfaces.  The right kidney weighs 130 grams and the left kidney weighs 120 grams.  The cortices are of normal thickness and the corticomedullary junctions are distinct.  The calyces, pelves, and ureters are unremarkable.  The urinary bladder contains approximately 50 ml of clear yellow urine.  The mucosa is white-pink and unremarkable.  The prostate gland is unremarkable.

## ENDOCRINE SYSTEM:

The pituitary, thyroid, and adrenal glands are unremarkable externally and on sectioning.

## RETICULOENDOTHELIAL SYSTEM:

The 100-gram spleen is covered by a smooth, blue-gray, intact capsule.  The parenchyma is dark red.  The lymph nodes are unremarkable.

## MUSCULOSKELETAL SYSTEM:

See previous description.  The clavicles, sternum and pelvis have no visualized or palpable fractures.  No other rib, vertebral column or extremity fractures are identified.  Skeletal muscle is dark red and well-developed.  The diaphragm shows no evidence of natural disease.

## SPECIMENS FOR HISTOLOGY:

Representative sections of the major organs are retained in formalin.

## SPECIMENS FOR TOXICOLOGY:

Femoral blood, right chest blood, urine, and vitreous humor are retained.  A purple-topped vial of blood is retained.  An aliquot of femoral blood is submitted for toxicology analysis.

## EVIDENCE COLLECTED:

Scalp hair standards, fingernail trimmings and the recovered projectile elements are released to SCSO.

KAA/wg
D: 02-26-2007
T:  03-02-2007

Name _Haki Tu iston_   Date _____ 07

Race _B_   Sex _07_   Case No. _____   Autopsy No. _07-065_



GSW ④
unt R th W. ll.

GSW ① 9 Ra 3/4

GSW ② unt R 41/2 ll

GSW ③ unt R 4 W. ll.l

GSW ④
ex it

