IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON PURNELL THURSTON,<br><br>    Plaintiff(s),<br><br>  v.<br><br>SANTA ROSA POLICE DEP'T, et al.,<br><br>    Defendant(s). | No. C 08-1115 CRB (PR)<br><br>ORDER |

Defendants have filed a motion for summary judgment on plaintiff's civil rights action for damages under 42 U.S.C. § 1983. Plaintiff shall file an opposition, or notice of non-opposition, to the motion by no later than August 14, 2009, and defendants shall file a reply to any opposition within 15 days thereafter.

The hearing noticed for August 7, 2009 is vacated.

SO ORDERED.

DATED: July 6, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Thurston, A1.or2.wpd